**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of New York .
(State)

Case number (*If known*): ____________ Chapter _11____

FILED
CLERK
2026 JUN -8 AM 12:39
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

**Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).**

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7

X Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name** BE GREENBRIAR LLC

3. **Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

__ __ - __ __ __ __ __ __ __
EIN

5. **Debtor's address**

**Principal place of business**

50 Union Avenue, Suite 505

Number Street

Irvington New Jersey 07111

City State ZIP Code

Essex

County

**Mailing address, if different**

Number Street

P.O. Box

City State ZIP Code

**Location of principal assets, if different from principal place of business**

**See Addendum to Official Form 205 Item 5: Location of Principal Assets**

Number Street

C

6. **Debtor's website** (URL) ______________________________

7. **Type of debtor**

- ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: ______________________________

8. **Type of debtor's business**

*Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the types of business listed.
- ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☐ No
- ☐ Yes. Debtor ______________________ Relationship ______________
  District ______________ Date filed ________ Case number, if known ______________
  MM / DD / YYYY

  Debtor ______________________ Relationship ______________
  District ______________ Date filed ________ Case number, if known ______________
  MM / DD / YYYY

## Part 3: Report About the Case

10. **Venue**

*Check one:*

- ☐ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- ☐ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☐ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor BE GREENBRIAR LLC Case number *(if known)*
Name

| 13. **Each petitioner's claim** | **Name of petitioner** | **Nature of petitioner's claim** | **Amount of the claim above the value of any lien** |
|---|---|---|---|
| | David Neiman | Loan | $ 88,000 |
| | | | $ |
| | | | $ |
| | | Total of petitioners' claims | $ |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

David Neiman
Name

1620 Vauxhall Rd SUITE 308
Number Street

Union, NJ 07083
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06 5 2026
MM / DD / YYYY

✗ [signature]
Signature of petitioner or representative, including representative's title

**Attorneys**

Printed name

Firm name, if any

Number Street

City State ZIP Code

Contact phone Email

Bar number

State

✗
Signature of attorney

Date signed
MM / DD / YYYY

Debtor ______BE GREENBRIAR LLC______ Case number *(if known)*______
Name

**Name and mailing address of petitioner**

Name

Number Street

City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ______
MM / DD / YYYY

✘ ______
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number Street

City State ZIP Code

Contact phone ______ Email ______

Bar number ______

State ______

✘ ______
Signature of attorney

Date signed ______
MM / DD / YYYY

**Name and mailing address of petitioner**

Name

Number Street

City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ______
MM / DD / YYYY

✘ ______
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number Street

City State ZIP Code

Contact phone ______ Email ______

Bar number ______

State ______

✘ ______
Signature of attorney

Date signed ______
MM / DD / YYYY

To the Clerk of the Court:

I deposited these exact documents in the night depository earlier today. However, I am not sure whether the timestamp was properly placed on the papers. I am resubmitting them now to make sure the filing is properly timestamped.

Please note that the two money orders for the Chapter 11 filing fees, in the amount of $1,738 each, were included in the original envelope that I deposited earlier today, under the same entity names.

Thank you.

# ADDENDUM FOR BE GREENBRIAR LLC

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

**In re:**
**BE GREENBRIAR LLC,**
Alleged Debtor.

Case No.: ______________________
Chapter 11

# ADDENDUM TO OFFICIAL FORM 205

## Item 5 — Debtor's Address / Location of Principal Assets

This addendum is submitted in connection with the Involuntary Petition Against a Non-Individual filed against **BE Greenbriar LLC**.

The alleged debtor's last known business and mailing address is:

**BE GREENBRIAR LLC**
50 Union Avenue, Suite 505
Irvington, New Jersey 07111
County: Essex County

The alleged debtor's principal assets include real property involved in the foreclosure and receivership proceedings located at:

1. **13214 Bunn Circle, Tampa, Florida**
2. **2301 East Sligh Avenue, Tampa, Florida**

These properties are identified in the state-court receivership and foreclosure proceedings involving BE Greenbriar LLC and BE Union LLC.

Dated: ______________________

Respectfully submitted,

David Neiman
0 Vauxhall rd Unit-308
n NJ, 07083

USMS

U.S. Bancrupsy Court

USMS

FILED
CLERK
2026 JUN -8 AM 7:52
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

CLERK
U.S. BANKRUPTCY
EASTERN DISTRICT OF
NEW YORK
2026 JUN 10 A 10: 34
RECEIVED/MR